VAN OPPEN & CO., INC. *v.* UNITED STATES

**No. 6788.**—Invoices dated London, England, October 1943, etc.
Certified October 1943, etc.
Entered at New York, N. Y., December 3, 1943, etc.
Entry Nos. 716415; 4345.

(Decided January 22, 1947)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: In these two appeals it has been agreed by and between counsel that the issues presented are similar in all material respects to the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, wherein our appellate court held that this so-called British purchase tax was not to be included as a part of the dutiable value of the merchandise, and the record in that case has been admitted in evidence in this case.

Upon the agreed facts and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by these two appeals to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

B. ALTMAN & CO. *v.* UNITED STATES

**No. 6789.**—Invoices dated London, England, November 27, 1941, etc.
Certified December 16, 1941, etc.
Entered at New York, N. Y., January 5, 1942, etc.
Entry No. 733011, etc.

(Decided January 22, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part thereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.